1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ALLISON M. LOW
   Deputy Attorney General
4  State Bar No. 273202
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5820
6   Fax:  (415) 703-5843
    E-mail:  Allison.Low@doj.ca.gov
7  *Attorneys for Defendant*
   *W. G. Baptista*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LA'KEITH DESHAWN WELLS,<br><br>                                Plaintiff,<br><br>     v.<br><br>W. G. BAPTISTA,<br><br>                                Defendant. | 4:14-cv-05058 YGR (PR)<br><br>**JOINT REQUEST TO SCHEDULE SETTLEMENT CONFERENCE;**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge:           The Honorable Yvonne Gonzalez Rogers<br>Trial Date:      TBD<br>Action Filed:   November 17, 2014 |

/ / /

/ / /

/ / /

1

TO THE HONORABLE YVONNE GONZALEZ ROGERS:

The parties are interested in scheduling a settlement conference to resolve their disputes. Therefore, the parties respectfully request that the Court refer this matter to a Magistrate Judge for settlement conference.

IT IS SO STIPULATED.

Dated: 6·21·15 , 2015

_____
LA'KEITH DESHAWN WELLS
*Plaintiff in Pro Se*

Dated: June 15 , 2015

_____
ALLISON M. LOW
Deputy Attorney General
*Attorney for Defendant*

### [~~PROPOSED~~] ORDER

Good cause appearing therefor, this matter is now referred to The Honorable Magistrate Judge ___Nandor J. Vadas___ for settlement conference. The settlement conference will take place within ninety (90) days from the date this Order is filed. The Magistrate Judge will coordinate a time and date for the settlement conference with all interested parties and/or their representatives and, within five days after the conclusion of the settlement conference, file with the Court a notice of disposition of matter after settlement conference.

~~The clerk will send to the Magistrate Judge, a copy of the case file for this action.~~

IT IS SO ORDERED.

Dated: July 9, 2015

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

cc: MagRef Email; Magistrate Vadas

SF2015400725
20747755.doc