UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'KEITH DESHAWN WELLS,<br><br>Plaintiff,<br><br>v.<br><br>W. G. BAPTISTA,<br><br>Defendant. | Case No.  14-cv-05058-YGR (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DEFER DISPOSITIVE MOTION PENDING SETTLEMENT CONFERENCE |

Counsel for Defendant Baptista filed a request that the Court defer the deadline for his dispositive motion until forty-five days after the parties participate in a settlement conference. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

IT IS HEREBY ORDERED that Defendant's request for a deferment is GRANTED. Defendant shall have **forty-five (45) days** from the date of the settlement conference to file a dispositive motion or indicate that this case cannot be resolved by such a motion.  If Defendant files a dispositive motion, Plaintiff's opposition shall be filed with the Court and served on Defendant no later **twenty-eight (28) days** after the date on which Defendant's motion is filed, and Defendant's reply shall be filed with the Court and served on Plaintiff no later **fourteen (14) days** after the date on which Plaintiff's opposition is filed.

This Order terminates Docket No. 28.

IT IS SO ORDERED.

Dated:  July 14, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California