# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| LA'KEITH DESHAWN WELLS,<br>　　　　Plaintiffs,<br>　　v.<br>W. G. BAPTISTA,<br>　　　　Defendants. | Case No.  14-cv-05058-YGR (NJV)<br><br>**ORDER RE MEET AND CONFER**<br><br>Re: Dkt. No. 37 |

The requirement set forth in the court's order of September 1, 2015, that the CDCR representative be present at the telephonic meet and confer prior to the settlement conference in this case is HEREBY VACATED.

**IT IS SO ORDERED**.

Dated: September 11, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge