UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'KEITH DESHAWN WELLS,<br><br>          Plaintiff,<br><br>     v.<br><br>W. G. BAPTISTA,<br><br>          Defendant. | Case No.  14-cv-05058-YGR   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 20, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X) Plaintiff, La'Keith DeShawn Wells, Pro Se.

( ) Warden or warden's representative

( X) Office of the California Attorney General, Allison Low.

( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

( X) The case has been completely settled. A telephonic status conference is scheduled for November 17, 2015 at 1:00 pm. Parties are instructed to dial 888-684-8852 and enter access code 1868782 to make their appearances.

( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 10/20/2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'KEITH DESHAWN WELLS,<br>　　　　Plaintiff,<br>　　v.<br>W. G. BAPTISTA,<br>　　　　Defendant. | Case No.  14-cv-05058-YGR   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on October 20, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

La'Keith Deshawn Wells ID: F43857
4A4C  #43
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated: October 20, 2015

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

3