UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'KEITH DESHAWN WELLS,<br><br>            Plaintiff,<br><br>    v.<br><br>W. G. BAPTISTA,<br><br>            Defendant. | Case No. 14-cv-05058-YGR (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On October 20, 2015, the parties appeared before Magistrate Judge Vadas for a settlement conference. In his "Report of Pro Se Prisoner Early Settlement Proceeding" dated October 20, 2015, Magistrate Judge Vadas informed the Court that "[t]he case has been completely settled." Dkt. 42 at 1.

Also on October 20, 2015, the Court received a copy of the "Stipulation for Voluntary Dismissal With Prejudice" signed by both parties. The signed stipulation states:

> Plaintiff La'Keith Deshawn Wells and Defendant W. G. Baptista have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

Dkt. 40 at 2.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment, terminate any pending motions, and close the file.

This Order terminates Docket No. 40.

IT IS SO ORDERED.

Dated: November 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge