1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7    LA'KEITH DESHAWN WELLS,                     Case No.  14-cv-05058-YGR (PR)

Plaintiff,

8                                               **JUDGMENT**

9           v.

10   W. G. BAPTISTA,

Defendant.

11
12          For the reasons set forth in this Court's Order Dismissing Action With Prejudice,

13          IT IS ORDERED AND ADJUDGED

14          That Plaintiff take nothing, that the action be dismissed in accordance with the Court's

15   Order, and that each party bear its own costs of action.

16   Dated:  November 4, 2015

17                                               _____
                                                YVONNE GONZALEZ ROGERS
18                                              United States District Judge

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California